STATE OF MONTANA, Plaintiff, vs. KIM ALLYN THEIREL, Defendant.

## DECISION

No. 10010

The application of the above-named defendant for a review of the sentence of Ten (10) years imposed on November 1, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank James Johnson, Attorney at Law, Missoula, Montana for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. LEROY WOODROW WILSON, Defendant.

## DECISION

No. 4810

The application of the above-named defendant for a review of the sentence of Forty (40) years imposed on October 14, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Jim Ferguson, Montana Defender Project, for his assistance to the defendant and this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. RICHARD DICKENSON, Defendant.

## DECISION

No. 4724

The application of the above-named defendant for a review of the sentence of Twenty (20) years with Ten (10) years suspended imposed on November 8, 1976, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank R. Allen Beck, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 18th day of March, 1977.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Robert C. Sykes.